# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150088 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                             SC: 150088
                             COA: 322379

WILLIAM CLEMENS,
                             Wayne CC:  00-008061-FC
      Defendant-Appellant.

_____/

      On order of the Court, the motion to add issue is GRANTED.  The application for leave to appeal the August 11, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2015 _____


Clerk

a0603